# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139478 & (13)

PETER JOSHUA LABRECK,
            Plaintiff-Appellee,

v                                                           SC: 139478
                                                            COA: 292558
                                                            Oakland CC: 2009-757989-NC

OAKLAND CIRCUIT JUDGE,
            Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2009

_____
Clerk